# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2270
LT Case No. 16-2021-DR-005962-FM

_____

RODNEY C. GLOVER,

    Appellant,

    v.

LATOYA M. BROWN,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
John I. Guy, Judge.

Rodney C. Glover, Orlando, pro se.

Aaron M. Makofka, Jacksonville, for Appellee.

April 7, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____